IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: 1:24-CR-213 |
| | ) (RELATED TO CASE NO. 1:24-CR-273) |
| Plaintiff, | ) |
| | ) JUDGE CHRISTOPHER A. BOYKO |
| | ) (RELATED CASE JUDGE PATRICIA A. |
| | ) GAUGHAN) |
| v. | ) |
| | ) |
| ERIC POWELL ET AL., | ) NOTICE OF RELATED CASE |
| | |
| Defendants. | |

Now comes the United States of America, by and through counsel, Rebecca Lutzko, United States Attorney, and Elizabeth M. Crook, Assistant United States Attorney, and notifies this Court, under Local Criminal Rule 57.9(b)(3), that the above captioned case may be considered related to Case No. 1:24-CR-273, *United States v. Raphael Brown* which is assigned to Judge Patricia A. Gaughan.

Although Rule 57.9 provides for reassignment of related cases, the rule itself does not articulate a governing standard. Rather, when filing a criminal case, the United States Attorney's Office is required "in any case which is, or might be considered, related to another case, file a motion/notice with both District Judges advising the Court of the relationship." *Id*.  Pursuant to that rule, the government is hereby providing this notice. The Information filed in the above captioned case arises out of the same operative facts as the Information filed in Case No. 1:24-CR-273.  More specifically, charges pending against all three Defendants – Eric Powell, Terrance Thomas, and Raphael Brown, arise from the same factual basis, and all three

Defendants are charged with violation of 21 U.S.C. §§ 846 and 841 (a)(1), conspiracy to distribute controlled substances and possession with intent to distribute the same.

Therefore, these cases should be assigned to the same Judge. Accordingly, under the rule, the government provides notice to both district court judges that the above-captioned case is related to Case No. 1:24-CR-273.  A copy of this pleading will be also filed in Case No. 1:24-CR-273.

                              Respectfully submitted,

                              REBECCA C. LUTZKO
                              United States Attorney

By:   /s/ Elizabeth Crook
        Elizabeth Crook (OH: 0088709)
        Assistant United States Attorney
        United States Court House
        801 West Superior Avenue, Suite 400
        Cleveland, OH 44113
        (216) 622-3825
        (216) 522-7499 (facsimile)
        Elizabeth.Crook@usdoj.gov