IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 1:24-CR-213 |
| | ) | |
| Plaintiff | ) | JUDGE BOYKO |
| | ) | |
| Vs. | ) | MOTION TO RECONSIDER |
| | ) | DETENTION ORDER |
| ERIC POWELL | ) | |
| | ) | |
| Defendant | ) | |

Defendant, by and through counsel, does hereby move this Honorable Court for an Order which vacates the detention order and permits Defendant to be released on house detention. Mr. Powell was stabbed 14 times while in custody of Northeast Correctional by 3 other inmates. Currently, Defendant is experiencing pain and is not getting the proper medical treatment. Also, due to his injuries, he is unable to protect himself while incarcerated.

WHEREFORE, Defendant respectfully requests that this Honorable Court vacate the detention order and permit him to be released on home detention so that he can get the proper medical care.

Respectfully submitted,

\\s\\ Bret Jordan_____
BRET JORDAN, 0059939
Bret Jordan Co., LPA
Terminal Tower
50 Public Square, #1900
Cleveland, OH 44113
(216) 640-8888
(216) 357-3305 fax
Bret@jordancriminaldefense.com
Attorney for Defendant

## CETIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing Motion has been forwarded to all parties via Clerk's Office electronic filing on this 3rd day of October, 2024.

\\s\\ Bret Jordan_____
BRET JORDAN, 0059939
Attorney for Defendant